**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

LARRY IVAN ANTHONY CANFIELD, individually and on behalf of others similarly situated,

Plaintiff,

v.

PREMIER HEALTHCARE, LLC, ST. JOSEPH CANDLER URGENT CARE, LLC, and DOES 1 through 10, inclusive,

Defendants.

Civil Action No. 4:25-cv-00132-RSB-CLR

**DEFENDANT PREMIER HEALTH CONSULTANTS, LLC'S**
**NOTICE OF INTENT TO FILE REPLY IN SUPPORT OF MOTION TO**
**DISMISS, OR IN THE ALTERNATIVE, FOR A MORE DEFINITE**
**STATEMENT, AS TO PLAINTIFF'S COMPLAINT**

Pursuant to Local Rule 7.6, Defendant Premier Health Consultants, LLC, ("Defendant" or "Premier"), incorrectly named as Premier Healthcare, LLC in the caption, through its undersigned counsel, hereby gives notice to the Clerk that it intends to file a Reply in support of its Motion to Dismiss, Or in the Alternative, For a More Definite Statement, as to Plaintiff's Complaint (Dkt. 10). The Reply will be filed in response to Plaintiff's Rebuttal in Opposition to Defendant Premier Healthcare's Motion to Dismiss (Dkt. 11).

Dated:  October 20, 2025

/s/ Kaylee M. Patterson
Kaylee M. Patterson, Bar No. 281879
kpatterson@littler.com
LITTLER MENDELSON, P.C.
3424 Peachtree Road N.E.
Suite 1200
Atlanta, Georgia 30326.1127
Telephone:    404.233.0330
Facsimile:    404.233.2361

1

2

Attorney for Defendant PREMIER HEALTH
CONSULTANTS, LLC

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| LARRY IVAN ANTHONY CANFIELD, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>PREMIER HEALTHCARE, LLC, ST. JOSEPH CANDLER URGENT CARE, LLC, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Civil Action No. 4:25-cv-00132-RSB-CLR |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of October 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and served a true and correct copy of **DEFENDANT PREMIER HEALTH CONSULTANTS, LLC'S NOTICE OF INTENT TO FILE REPLY TO MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT** via email and via first-class U.S. mail, postage prepaid, upon the following:

Larry Ivan Anthony Canfield
657 Saint Catherines Circle
Richmond Hill, GA 31324
Tonycanfield38@gmail.com

*Pro Se* Plaintiff

*/s/ Kaylee M. Patterson*
Kaylee M. Patterson
Attorney for Defendant