**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

LARRY IVAN ANTHONY CANFIELD, individually and on behalf of others similarly situated,

                Plaintiff,

v.

PREMIER HEALTHCARE, LLC, ST. JOSEPH CANDLER URGENT CARE, LLC, and DOES 1 through 10, inclusive,

                Defendants.

Civil Action No. 4:25-cv-00132-RSB-CLR

### DEFENDANT ST. JOSEPH'S CANDLER URGENT CARE CENTERS, LLC'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT, AS TO PLAINTIFF'S COMPLAINT

Defendant St. Joseph's/Candler Urgent Care Centers, LLC ("Defendant" or "Candler"), incorrectly named as St. Joseph Candler Urgent Care, LLC in the caption, through its undersigned counsel and pursuant to Rule of Civil Procedure 12(b)(6), moves the Court for an Order dismissing Plaintiff's Complaint against Defendant in its entirety because Plaintiff fails to state a claim upon which relief can be granted. In the alternative, Candler seeks an Order requiring Plaintiff to file a more definite statement pursuant to Federal Rule of Civil Procedure 12(e). In support of its Motion, Candler relies upon the attached brief in support attached herein.

WHEREFORE, Defendant respectfully requests the Court enter an Order dismissing Plaintiff's Complaint against Defendant with prejudice, or in the alternative, requiring Plaintiff to file a more definite statement, awarding Defendant its costs and reasonable attorney fees and such other relief as the Court deems just and appropriate.

1

Dated:  October 20, 2025

*/s/ Kaylee M. Patterson*

Kaylee M. Patterson, Bar No. 281879
kpatterson@littler.com
LITTLER MENDELSON, P.C.
3424 Peachtree Road N.E.
Suite 1200
Atlanta, Georgia 30326.1127
Telephone:     404.233.0330
Facsimile:     404.233.2361

Attorney for Defendant ST.
JOSEPH'S/CANDLER URGENT CARE
CENTERS, LLC

2

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| LARRY IVAN ANTHONY CANFIELD, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PREMIER HEALTHCARE, LLC, ST. JOSEPH CANDLER URGENT CARE, LLC, and DOES 1 through 10, inclusive,<br><br>Defendants. | Civil Action No. 4:25-cv-00132-RSB-CLR |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 20th day of October 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and served a true and correct copy of **DEFENDANT ST. JOSEPH'S/CANDLER URGENT CARE CENTERS, LLC'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT** via email and via first-class U.S. mail, postage prepaid, upon the following:

Larry Ivan Anthony Canfield
657 Saint Catherines Circle
Richmond Hill, GA 31324
Tonycanfield38@gmail.com

*Pro Se* Plaintiff

/s/ Kaylee M. Patterson
Kaylee M. Patterson
*Attorney for Defendant*

3