IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

**Larry Ivan Anthony Canfield,**
Plaintiff,
v.
**Premier Health Consultants, LLC,** and
**St. Joseph Candler Urgent Care,**
Defendants.

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2025 NOV 10  P 3: 59

CLERK_____
SO. DIST. OF GA.

**Civil Action No.: 4:25-cv-132**

**PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT ST. JOSEPH CANDLER URGENT CARE'S MOTION TO DISMISS**

Plaintiff, **Larry Ivan Anthony Canfield**, appearing *pro se*, respectfully moves this Court for an extension of time to file a response to the Motion to Dismiss purportedly filed by Defendant **St. Joseph Candler Urgent Care** on or about **October 20, 2025**.

In support of this request, Plaintiff states the following:

1. On **November 10, 2025**, Plaintiff contacted the **Clerk of Court** to inquire about the status of filings in this matter and was informed that Defendant **St. Joseph Candler Urgent Care** had filed a Motion to Dismiss on or about **October 20, 2025**.
2. As of the date of this filing, Plaintiff has **not received a copy** of the Motion to Dismiss by mail or electronic service.
3. Without receiving and reviewing the contents of the motion, Plaintiff is unable to prepare an informed and meaningful response.
4. Plaintiff is proceeding *pro se* and has acted diligently to stay informed of the case status.
5. This request is made in good faith and not for purposes of delay. Granting the extension will not prejudice any party and will ensure fairness and due process.
6. Plaintiff respectfully requests an extension of **21 days from the date of receipt of the motion**, or alternatively **21 days from the date of the Court's Order granting this request**, to file his response.

**WHEREFORE**, Plaintiff respectfully requests that this Court grant an extension of time to respond to Defendant **St. Joseph Candler Urgent Care's** Motion to Dismiss, and for such other relief as the Court deems just and proper.

**Respectfully submitted,**

*Larry Canfield* (signature)

**Larry Ivan Anthony Canfield**
657 St. Catherine Circle
Richmond Hill, GA 31324
Email: tonycanfield38@gmail.com
Phone: (912) 660-6184
*Pro Se Plaintiff*

Dated: November 10, 2025