**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| LARRY IVAN ANTHONY CANFIELD, individually and on behalf of others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PREMIER HEALTHCARE, LLC, ST. JOSEPH CANDLER URGENT CARE, LLC, and DOES 1 through 10, inclusive, <br><br> Defendants. | Civil Action No. 4:25-cv-00132-RSB-CLR |

**DEFENDANTS' MOTION TO STAY**
**PENDING RESOLUTION OF DEFENDANTS' MOTIONS TO DISMISS**

Defendant Premier Health Consultants, LLC ("Premier")[1] and Defendant St. Joseph's/Candler Urgent Care Centers, LLC ("Candler")[2] (collectively, "Defendants"), by and through counsel and pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7.1, respectfully move the Court for an Order suspending the deadlines and requirements set forth in Rules 16 and 26 of the Federal Rules of Civil Procedure and Local Rule 26.1. Defendants request that this stay and suspension last until such time as the Court rules on Defendants' currently pending Motions to Dismiss, or in the Alternative, for a More Definite Statement. (Docs. 10, 13). In support of this motion, Defendants refer the Court to the Memorandum of Law in Support of its Motion to Stay, which is incorporated herein by reference and filed contemporaneously.

---

[1] Premier is incorrectly named as "Premier Healthcare, LLC" in the caption.

[2] Candler is incorrectly named as "St. Joseph Candler Urgent Care, LLC" in the caption.

1

Dated:  December 3, 2025

*/s/ Kaylee M. Patterson*

Kaylee M. Patterson, Bar No. 281879
kpatterson@littler.com
Bradley E. Strawn, Bar No. 004419
bstrawn@littler.com
LITTLER MENDELSON, P.C.
3424 Peachtree Road N.E.
Suite 1200
Atlanta, Georgia 30326.1127
Telephone:     404.233.0330
Facsimile:     404.233.2361

Attorneys for Defendants

2

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| LARRY IVAN ANTHONY CANFIELD, individually and on behalf of others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>PREMIER HEALTHCARE, LLC, ST. JOSEPH CANDLER URGENT CARE, LLC, and DOES 1 through 10, inclusive,<br><br>        Defendants. | Civil Action No. 4:25-cv-00132-RSB-CLR |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of December 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and served a true and correct copy of **DEFENDANTS' MOTION TO STAY PENDING RESOLUTION OF DEFENDANTS' MOTIONS TO DISMISS** via email and via first-class U.S. mail, postage prepaid, upon the following:

Larry Ivan Anthony Canfield
657 Saint Catherines Circle
Richmond Hill, GA 31324
Tonycanfield38@gmail.com

*Pro Se* Plaintiff

/s/ *Kaylee M. Patterson*
Kaylee M. Patterson
Attorney for Defendants

3