**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| LARRY IVAN ANTHONY CANFIELD, individually and on behalf of others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>PREMIER HEALTHCARE, LLC, ST. JOSEPH CANDLER URGENT CARE, LLC, and DOES 1 through 10, inclusive,<br><br>        Defendants. | Civil Action No. 4:25-cv-00132-RSB-CLR |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO STAY PENDING RESOLUTION OF DEFENDANTS' MOTIONS TO DISMISS**

Defendant Premier Health Consultants, LLC ("Premier")[1] and Defendant St. Joseph's/Candler Urgent Care Centers, LLC ("Candler")[2] (collectively, "Defendants"), by and through counsel, and pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7.1, respectfully move the Court for an Order suspending the deadlines and requirements set forth in Rules 16 and 26 of the Federal Rules of Civil Procedure and Local Rule 26.1. Defendants request that this stay and suspension last until such time as the Court rules on Defendants' currently pending Motions to Dismiss, or in the Alternative, for a More Definite Statement. (Docs. 10, 13). In support of this motion, Defendants show the following:

---

[1] Premier is incorrectly named as "Premier Healthcare, LLC" in the caption.
[2] Candler is incorrectly named as "St. Joseph Candler Urgent Care, LLC" in the caption.

1.      On June 4, 2025, *pro se* Plaintiff Larry Ivan Anthony Canfield filed a civil action against Defendants. (Doc. 1).

2.      Premier filed its Motion to Dismiss, or in the Alternative, for a More Definite Statement on October 6, 2025, and Candler filed its Motion to Dismiss, or in the Alternative, for a More Definite Statement on October 20, 2025. (Docs. 10, 13) (the "Motions to Dismiss").

3.      If Defendants' Motions to Dismiss are granted, Plaintiff's claims against Defendants may be dismissed in their entirety.

4.      Local Rule 26.1 directs the Parties and their counsel to hold a Rule 26(f) conference by the earlier of 60 days after any defendant has been served with the complaint or 45 days after any defendant has appeared. *See* LR 26.1(a) SDGa. In addition, Federal Rules 16 and 26 and Local Rule 26.1 generally direct the Parties: (1) to develop a proposed discovery plan and scheduling order; (2) to file a Rule 26(f) Report; and (3) to submit initial disclosures within fourteen (14) days after the parties' Rule 26(f) conference unless a different time is set by stipulation or court order, or unless a party objects during the conference that initial disclosures are not appropriate in this action and states the objection in the proposed discovery plan. *See generally*, Fed. R. Civ. P. 16, 26; LR 26.1, SDGa.

5.      Due to (1) the time and expense that will be incurred by Defendants if they are required to undertake the obligations set out in Federal Rules 16 and 26 and Local Rule 26.1 before the Court rules on the pending Motions to Dismiss, and (2) the practical difficulty of agreeing to the scope of discovery and a discovery schedule until the remaining claims (if any) against Defendants are identified, and the date upon which Defendants will be required to answer the complaint (if any) is uncertain, Defendants respectfully request the Court suspend the obligation to begin engaging in the discovery process under Federal Rules 16 and 26 and Local Rule 26.1

until the Court rules on the pending Motions to Dismiss. Defendants also request the Court expressly confirm that no discovery be taken prior to the Court's ruling on said motions and Defendants have filed (if any) their respective answers to the Complaint.

6.      Accordingly, Defendants respectfully request the Court issue an Order: (1) suspending the deadlines and requirements set forth in Federal Rules 16 and 26 and Local Rule 26.1; (2) confirming discovery in this case has not commenced and staying all discovery as to all Parties in this case; and (3) directing that, if the pending Motions to Dismiss are denied, (i.e., the Court does not dismiss all of Plaintiff's claims against Defendants), the parties shall confer pursuant to Fed. R. Civ. P. 26(f) and Local Rule 26.1 regarding a discovery plan and proposed scheduling order within fourteen (14) days of Defendants filing their answers to any remaining claims in Plaintiff's Complaint and file a proposed Rule 26(f) Report within seven (7) days after the conference. *See, e.g.*, *Chudasama v. Mazda Motor Corp.*, 123 F.3d 1353, 1367 (11th Cir. 1997) ("Facial challenges to the legal sufficiency of a claim or defense, such as a motion to dismiss based on failure to state a claim for relief, should, however, be resolved before discovery begins."); *see also Hyers v. Bacon Cnty., Ga*, No. 5:24-CV-75, 2025 WL 711957, at *1 (S.D. Ga. Mar. 5, 2025) (granting motion to stay until the Court resolves motion to dismiss); *Smith v. Wayne Cnty., Ga*, No. 2:23-CV-27, 2023 WL 3182962, at *2 (S.D. Ga. May 1, 2023) (same); *Diaz v. Atkinson Cnty., Ga.*, No. 5:15-CV-16, 2015 WL 4507936, at *2 (S.D. Ga. July 24, 2015) (same).

7.      For the Court's convenience, a proposed Order granting this Motion is attached hereto.

8.      This Motion is made in good faith and not for the purpose of undue delay. No party will be prejudiced by the stay requested in this Motion.

3

9.      On November 24, 2025, Defendants conferred with *pro se* Plaintiff, who confirmed he does not oppose this Motion.

For the above and foregoing reasons, Defendants respectfully move this Court to suspend the deadlines and requirements set forth in Rules 16 and 26 of the Federal Rules of Civil Procedure and Local Rule 26.1, until such time as the Court rules on Defendants' currently pending Motions to Dismiss and entered the proposed Order attached hereto.

Dated: December 3, 2025

*/s/ Kaylee M. Patterson*

Kaylee M. Patterson, Bar No. 281879
kpatterson@littler.com
Bradley E. Strawn, Bar No. 004419
bstrawn@littler.com
LITTLER MENDELSON, P.C.
3424 Peachtree Road N.E.
Suite 1200
Atlanta, Georgia 30326.1127
Telephone:    404.233.0330
Facsimile:     404.233.2361

Attorneys for Defendants

4

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

LARRY IVAN ANTHONY CANFIELD,
individually and on behalf of others similarly
situated,

        Plaintiff,

v.

PREMIER HEALTHCARE, LLC, ST. JOSEPH
CANDLER URGENT CARE, LLC, and DOES
1 through 10, inclusive,

        Defendants.

Civil Action No. 4:25-cv-00132-RSB-CLR

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of December 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and served a true and correct copy of **MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO STAY PENDING RESOLUTION OF DEFENDANTS' MOTIONS TO DISMISS** via email and via first-class U.S. mail, postage prepaid, upon the following:

Larry Ivan Anthony Canfield
657 Saint Catherines Circle
Richmond Hill, GA 31324
Tonycanfield38@gmail.com

*Pro Se* Plaintiff

/s/ *Kaylee M. Patterson*
Kaylee M. Patterson
Attorney for Defendants

5