**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

LARRY IVAN ANTHONY CANFIELD,
individually and on behalf of others similarly
situated,

           Plaintiff,

v.

PREMIER HEALTHCARE, LLC, ST. JOSEPH
CANDLER URGENT CARE, LLC, and DOES
1 through 10, inclusive,

           Defendants.

Civil Action No. 4:25-cv-00132-RSB-CLR

**ORDER**

Upon review of Defendants' Motion to Stay, and for good cause shown, the Court orders that discovery and all the deadlines and requirements set forth in Rules 16 and 26 of the Federal Rules of Civil Procedure and Local Rule 26.1 shall be stayed until such time as the Court rules on Defendants' pending Motions to Dismiss, or in the Alternative, for a More Definite Statement. If the Court denies Defendants' Motions to Dismiss, the Parties shall conduct the conference required by Fed. R. Civ. Proc. 26(f) within fourteen (14) days of Defendants filing their answers to any remaining claims in Plaintiff's Complaint and file a proposed Rule 26(f) Report within seven (7) days after the conference.

SO ORDERED, this _____ day of December, 2025.

_____
CHRISTOPHER L. RAY
MAGISTRATE JUDGE