**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

LARRY IVAN ANTHONY CANFIELD, individually and on behalf of others similarly situated,

          Plaintiff,

v.

PREMIER HEALTHCARE, LLC, ST. JOSEPH CANDLER URGENT CARE, LLC, and DOES 1 through 10, inclusive,

          Defendants.

Civil Action No. 4:25-cv-00132-RSB-CLR

**DEFENDANT ST. JOSEPH CANDLER URGENT CARE, LLC'S
NOTICE OF INTENT TO FILE REPLY IN SUPPORT OF MOTION TO
DISMISS, OR IN THE ALTERNATIVE, FOR A MORE DEFINITE
STATEMENT, AS TO PLAINTIFF'S COMPLAINT**

Pursuant to Local Rule 7.6, Defendant St. Joseph's/Candler Urgent Care Centers, LLC ("Defendant" or "Candler"), incorrectly named as St. Joseph Candler Urgent Care, LLC in the caption, through its undersigned counsel, hereby gives notice to the Clerk that it intends to file a Reply in support of its Motion to Dismiss, Or in the Alternative, For a More Definite Statement, as to Plaintiff's Complaint (Dkt. 13). The Reply will be filed in response to Plaintiff's Opposition to Defendant's St. Joseph's/Candler Urgent Care Centers, LLC's Motion to Dismiss (Dkt. 17).

Dated:  December 9, 2025

*/s/ Kaylee M. Patterson*
Kaylee M. Patterson, Bar No. 281879
kpatterson@littler.com
Bradley E. Strawn, Bar No. 004419
bstrawn@littler.com

1

2

*LITTLER MENDELSON, P.C.*
*3424 Peachtree Road N.E.*
*Suite 1200*
*Atlanta, Georgia 30326.1127*
*Telephone:     404.233.0330*
*Facsimile:     404.233.2361*

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| LARRY IVAN ANTHONY CANFIELD, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PREMIER HEALTHCARE, LLC, ST. JOSEPH CANDLER URGENT CARE, LLC, and DOES 1 through 10, inclusive,<br><br>Defendants. | Civil Action No. 4:25-cv-00132-RSB-CLR |

### CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of December 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and served a true and correct copy of **DEFENDANT'S ST. JOSEPH CANDLER URGENT CARE, LLC's NOTICE OF INTENT TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT, AS TO PLAINTIFF'S COMPLAINT** via email and via first-class U.S. mail, postage prepaid, upon the following:

Larry Ivan Anthony Canfield
657 Saint Catherines Circle
Richmond Hill, GA 31324
Tonycanfield38@gmail.com

*Pro Se* Plaintiff

*/s/ Kaylee M. Patterson*

Kaylee M. Patterson
Attorney for Defendant

3