IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

LARRY IVAN ANTHONY CANFIELD,
individually and on behalf of others
similarly situated,

        Plaintiff,

v.

PREMIER HEALTHCARE, LLC, ST.
JOSEPH CANDLER URGENT CARE,
LLC, and DOES 1 through 10, inclusive,

Defendants.

Civil Action No. 4:25-cv-00132-RSB-CLR

## APPLICATION FOR LEAVE OF ABSENCE FOR BRADLEY E. STRAWN

NOW COMES Bradley E. Strawn, and pursuant to Rule 83.9 of the Local Rules for the Southern District of Georgia, requests a leave of absence as follows:

1.

Applicant requests a leave of absence for the dates of April 6, 2026 through and including April 10, 2026, and April 24, 2026.

2.

A listing of the cases by name and number for which protection is desired by Applicant is attached hereto as Exhibit "A."

3.

As shown by the Certificate of Service to this pleading, all Counsel of Record in the case for which protection is desired have been served with a copy of this Application for Leave of Absence.

- 2 -

WHEREFORE, on the grounds set forth above, Applicant requests this Court approve his Application for Leave of Absence.

Dated: March 3, 2026

/s/ Bradley E. Strawn

Bradley E. Strawn, Bar No. 004419
bstrawn@littler.com
Kaylee M. Patterson, Bar No. 281879
kpatterson@littler.com
LITTLER MENDELSON, P.C.
3424 Peachtree Road N.E.
Suite 1200
Atlanta, Georgia 30326.1127
Telephone:     404.233.0330
Facsimile:     404.233.2361

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| LARRY IVAN ANTHONY CANFIELD, individually and on behalf of others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PREMIER HEALTHCARE, LLC, ST. JOSEPH CANDLER URGENT CARE, LLC, and DOES 1 through 10, inclusive, <br><br> Defendants. | Civil Action No. 4:25-cv-00132-RSB-CLR |

## CERTIFICATE OF SERVICE

I certify that on this 3rd day of March, 2026, I electronically filed the foregoing

**APPLICATION FOR LEAVE OF ABSENCE FOR BRADLEY E. STRAWN** with the Clerk

of Court using the CM/ECF system, and served a true and correct copy via email and via first-

class U.S. mail, postage prepaid, upon the following::

Larry Ivan Anthony Canfield
657 Saint Catherines Circle
Richmond Hill, GA 31324
Tonycanfield38@gmail.com

*Pro Se* Plaintiff

/s/ Bradley E. Strawn

Bradley E. Strawn
Georgia Bar No. 004419