- 3 -

**EXHIBIT "A"**

| Name of Case/Case Number | Name of Judge/Court | Opposing Counsel |
|---|---|---|
| *LARRY IVAN ANTHONY CANFIELD, individually and on behalf of others similarly situated v. PREMIER HEALTHCARE, LLC, ST. JOSEPH CANDLER URGENT CARE, LLC, and DOES 1 through 10, inclusive*<br><br>United States District Court for the Southern District of Georgia, Savannah Division<br><br>Civil Action No. 4:25-cv-00132-RSB-CLR | Hon. Christopher L. Ray<br><br>District Court | Larry Ivan Anthony Canfield, *Pro Se*<br>657 Saint Catherines Circle<br>Richmond Hill, GA 31324 |

- 3 -