IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

|  |  |
|---|---|
| LARRY IVAN ANTHONY CANFIELD, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PREMIER HEALTHCARE, LLC, ST. JOSEPH CANDLER URGENT CARE, LLC, and DOES 1 through 10, inclusive,<br><br>Defendants. | Civil Action No. 4:25-cv-00132-RSB-CLR |

## ORDER

Application for leave of absence has been requested by Bradley E. Strawn for the period of April 6, 2026 through and including April 10, 2026, and April 24, 2026.

The Application for Leave of Absence is **APPROVED**.

**SO ORDERED** this ___ day of _____, 2026.

_____
**HONORABLE CHRISTOPHER L. RAY**
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**

- 1 -